UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY MILES, | ) | Case No. CV 10-5326 DDP(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| SILVIA H. GARCIA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED:  1/19/11

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE